O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-2157 AHM (AGRx) | Date | April 29, 2010 |
|---|---|---|---|
| Title | JOSE R. BYRNE et al. v. GEO-CORP, INC. et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Kendra Bradshaw | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:           Attorneys **NOT** Present for Defendants:

**Proceedings:**           IN CHAMBERS (No Proceedings Held)


        On the Court's own motion, the Court  vacates the Scheduling Conference set for
June 14, 2010.


                                                                    : _____

                                        Initials of  Preparer              KB